UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GERARDO BAZALDUA ALVARADO, ) <br> ) <br> Petitioner, ) <br> ) <br> VS. ) <br> ) <br> ERIC HOLDER, Attorney General, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. <br><br> 3:09-CV-1707-G <br><br> **ECF** |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

October 26, 2009.

_____
**A. JOE FISH**
**Senior United States District Judge**